**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**COLUMBIA MUTUAL INSURANCE
CO. and COLUMBIA NATIONAL
INSURANCE CO.**                                                                                    **PLAINTIFFS**

v.                                          4:06CV001013-WRW

**ARKANSAS VALLEY REGIONAL
INDUSTRIAL DEVELOPMENT CO.** *ET AL.*                                 **DEFENDANTS**

**ORDER**

Now before the Court is the Defendant Arkansas Valley Regional Industrial Development Company's objection to producing documents to be copied, bate stamped, and scanned at the offices of Plaintiffs' counsel. The Court ordered the parties to determine the costs of having a third-party vendor copy, bate stamp, and scan Defendant's files. At 1:53 p.m., Tuesday, August 14, 2007, the respective counsel received an estimate for the charges from Ivize, a third-party vendor, of $3,710 plus tax, without scanning, and $4,480 plus tax, with scanning. Based on Plaintiffs' estimates of $500-$800 in-house charges for the same job, the Court orders Defendants to produce their files for copying at the offices of Plaintiffs' counsel by August 15, 2007. If Defendant deems it necessary to maintain a paralegal at the offices of Plaintiffs' counsel, upon submission of a motion and brief, the Court will determine whether Plaintiffs should be assessed any costs related to the paralegal's presence.

IT IS SO ORDERED this 15th day of August, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE