IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

COLUMBIA MUTUAL INSURANCE
COMPANY and COLUMBIA NATIONAL
INSURANCE COMPANY                                                              PLAINTIFFS

VS.                          CASE NO. 4:06 CV-1013 WRW

ARKANSAS VALLEY REGIONAL
INDUSTRIAL DEVELOPMENT COMPANY, *et al.*                   DEFENDANTS

## JUDGMENT

Plaintiffs, Columbia Mutual Insurance Company and Columbia National Insurance Company (collectively "Columbia") filed a joint motion with the Defendants, notifying the Court of the settlement of this matter. The Court being sufficiently advised of the premises, having read Plaintiff's motion, the Court hereby enters a Consent Judgment, jointly and severally, against Natural Gas Solutions Capital, LLC; Natural Gas Solutions Management, LLC; and Steve Parks, to wit.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in favor of Columbia Mutual Insurance Company in the amount of $294,500.00, and Columbia National Insurance Company in the amount of $81,000.00, jointly and severally against separate Defendants Steve Parks, Natural Gas Solutions Capital, LLC, and Natural Gas Solutions Management, LLC, plus all accrued and unpaid interest through the date of this judgment at 6% per annum. Thereafter, pursuant to 28 U.S.C. § 1961, said judgment shall bear interest at the highest rate permitted by law for a judgment from the date of the award until paid.

IT IS FURTHER ORDERED AND ADJUDGED that this a full and final

judgment, and execution may issue thereon. Pursuant to Ark. Code Ann. § 16-66-221, each of the Defendants shall prepare and file with the United States District Court Clerk, within forty-five days of this judgment, a schedule verified by affidavit of all their respective property, both real and personal, including moneys, bank accounts, rights, credits, and chooses in action held by themselves or others for them, and shall specify any particular property which it claims as exempt under the provisions of Arkansas law.

---
HONORABLE WILLIAM R. WILSON
UNITED STATES DISTRICT JUDGE

4/11/08
---
DATE